145 So. 914

### J. A. THOMAS et al. v. LOEB HARDWARE CO.

### 3 Div. I.

Supreme Court of Alabama.
Dec. 22, 1932.

PER CURIAM.

Affirmed on certificate.

146 So. 915

### Van WALKER v. STATE.

### 6 Div. 328.

Supreme Court of Alabama.
March 16, 1933.

J. L. Stephenson, of Parrish, and Still Hunter, of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

THOMAS, Justice.

Petition of Van Walker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Walker v. State, 146 So. 926 (6 Div. 419).

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

147 So. 921

### Mary Etta WHITMAN v. Allee H. WHITMAN et al.

### 6 Div. 287.

Supreme Court of Alabama.
April 27, 1933.

See, also, 225 Ala. 113, 142 So. 413.

PER CURIAM.

Affirmed.